UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD PLECHNER,<br><br>                Plaintiff,<br><br>  v.<br><br>ROB McKENNA (Attorney General for the State of Washington), STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL (Secretary), PAT GLEBE (Superintendent of SCCC), DOUG WADDINGTON (Superintendent of WCC), and RON FRAKER (Superintendent of CBCC),<br><br>                Defendants. | No. C11-5544 RBL/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

By Order dated August 1, 2011, Plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively to file an amended complaint curing the deficiencies outlined in the court's order. ECF No. 6. Plaintiff was given a deadline to amend or show cause by August 26, 2011. *Id.* On August 29, 2011, Plaintiff filed a motion for extension of time requesting a 60 day extension. ECF No. 9.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for extension of time (ECF No. 9) is **GRANTED**.

(2) Plaintiff must show cause or file his amended complaint on or before **October 25, 2011.** Plaintiff is cautioned that if he fails to show cause or amend his complaint by

ORDER - 1

**October 25, 2011**, the court will recommend dismissal of this action as frivolous pursuant to 28 U.S.C. § 1915.

    (3)    The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this  12th  day of September, 2011.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2