UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD PLECHNER,<br><br>                  Plaintiff,<br><br>  v.<br><br>ROB McKENNA (Attorney General for the State of Washington), STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, ELDON VAIL (Secretary), PAT GLEBE (Superintendent of SCCC), DOUG WADDINGTON (Superintendent of WCC), and RON FRAKER (Superintendent of CBCC),<br><br>                  Defendants. | No. C11-5544 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation.

    (2)    This action is **Dismissed Without Prejudice** prior to service for failure to state a claim and **the dismissal shall count as a strike under 28 U.S.C. § 1915(g)**.

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 16th day of December, 2011.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1